UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **STACCATO CARLOS VALENTINO,** **BLAKELY, a/k/a Stiletto Carlucci Luciano,** | Civil No. 05-2467 MJD/SRN |
| **Plaintiff,** | |
| v. | ORDER |
| **REGINA STEPNEY, DOUG GRUBER, DENNIS BENSON, ERICK SKON, JOAN FABIAN, DANIEL A. FERRIS, JESSICA SYMMES and MARY McCOMB,** | |
| **Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 6, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is SUMMARILY DISMISSED WITHOUT PREJUDICE.

DATED: March 01, 2006.

                                             s / Michael J. Davis
                                             Judge Michael J. Davis
                                             United States District Court Judge